Andrew Kosiba
Plaintiff *in Propria Persona*
33 Neal Path
South Setauket, NY 11720
ak764@protonmail.com

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

100 Federal Plaza, Central Islip, NY 11722

ANDREW KOSIBA

    PLAINTIFF

v.

CATHOLIC HEALTH SYSTEMS OF LONG ISLAND, INC.

    DEFENDANT

_____/

CASE NO. <u>21-CV-6416 (GRB) (ARL)</u>

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF SHOWING HE HAS EXHAUSTED ADMINISTRATIVE RELIEF**

STATE OF NEW YORK    )
                                  ) ss
COUNTY OF NASSAU     )

    Plaintiff has exhausted the administrative remedies available and as required. Plaintiff declares that applying for administrative relief from the agency is a futile gesture as the agency has demonstrated nothing but incompetence and indifference to plaintiff's Charge of discrimination and retaliation. As a result, the agency is participating in the discrimination.

  Plaintiff filed an EEOC Charge on October 7, 2021 for discrimination and retaliation. Three months have passed since this Charge was received.

  EEOC has failed to take any meaningful action or perform an investigation. The agency allowed the deadline to pass for plaintiff's employer to submit a timely Position Statement without comment or action. The agency did not pursue this requirement; yet has failed to find in favor of the plaintiff, which would be expected when the defendant makes no reply to the Charges. The EEOC also failed to timely issue a Right to Sue letter, which would be expected if it has decided not to pursue the case. The Agency has revealed through lack of action that it is indifferent to the discrimination complaint. The Agency has demonstrated incompetence of investigating a discrimination Charge under the "Regarded as" prong of the ADA despite receiving extensive written evidence of the violation. The Agency is participating in the discrimination by completely ignoring the filed charge and ignoring published Agency guidelines on "Regarded as" and "Interference" which were clearly listed in plaintiff's file.

  It would put the plaintiff at his own peril to use this agency and would further delay his right to justice.

*/s/ Andrew Kosiba*

Andrew Kosiba, Affiant

STATE OF NEW YORK )
COUNTY OF ~~NASSAU~~ SUFFOLK ) ss

Subscribed and sworn to before me a notary public this 28 day of December, 2021.

*/s/ Janine Arditti*
Signature of Notary [ls]

JANINE ARDITTI
Notary Public - State of New York
NO. 01AR6277304
Qualified in Suffolk County
My Commission Expires Mar 4, 2025